# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LARRY S WOODRUFF<br><br>DANITA L WOODRUFF<br><br>Debtor(s) | Case No. 1781090<br>Chapter 13 |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE RULED UPON UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee, in the above-styled case, and objects to Court Claim #22 of Rushmore Loan Management Services Llc. As grounds for said objection, the Trustee states as follows:

By previous order, this Honorable Court granted relief from stay in favor of the above creditor. The Trustee wrote to the creditor requesting that the creditor amend its claim to reflect any proceeds realized upon disposition of the collateral. There has been no response to the Trustee's written request. The Trustee contends that a purpose would be served with the granting of this objection to claim.

WHEREFORE, the Trustee objects to Court Claim #22 of Rushmore Loan Management Services Llc, and moves this Honorable Court to reduce the claim to the amount paid, with a balance of zero, and for any such other relief as this Court deems proper.

Respectfully submitted this Monday, August 8, 2022.

                                                            Sabrina L. McKinney
                                                            Chapter 13 Standing Trustee

                                                       By: /s/ *Sabrina L. McKinney*
                                                            Sabrina L. McKinney
                                                            Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone:(334) 262-8371
Fax:(334) 262-8599
Email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Court Claim #22 of Rushmore Loan Management Services Llc on the parties listed below by either electronic mail or by First-Class U.S. Mail, postage prepaid and properly addressed, this Monday, August 8, 2022.

                                          /s/ *Sabrina L. McKinney*
                                          Sabrina L. McKinney
                                          Chapter 13 Trustee

Copy to:  LARRY S WOODRUFF
            DANITA L WOODRUFF
            RUSHMORE LOAN MANAGEMENT SERVICES LLC
            MARSHA C MASON