# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
Larry S Woodruff and Danita L Woodruff ,

    Debtors.

Case No. 17–81090  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *RUSHMORE LOAN MGMT SERVICES (Claim 19, 22)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated September 13, 2022

Bess M. Parrish Creswell  
United States Bankruptcy Judge